UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 11, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18MJ00248-AC-001 |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ERIC LEMOYNE WILLIS, ) | |
| ) Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release   ERIC LEMOYNE WILLIS  , Case No. 2:18MJ00248-AC-001  , Charge  18USC § 371  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of $__

      __   Unsecured Appearance Bond

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond with Surety

      __   Corporate Surety Bail Bond

   ✔   (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 11, 2018  at  2:00 pm  .

By   /s/ Allison Claire/s/ Allison Claire
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court